CROWELL PUBLISHING COMPANY *v.* JEFFERSONIAN PUBLISHING COMPANY.

HILL, J. Under the evidence in this case and all reasonable deductions therefrom, the court did not err in directing a verdict for the plaintiff for the sum of $20, and in refusing a new trial. Civil Code (1910), § 5926.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

JANUARY 13, 1916.

Complaint. Before Judge Hammond. McDuffie superior court. December 19, 1914.

*John T. West,* for plaintiff in error.

*J. G. Stovall* and *J. B. Burnside,* contra.